AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

United States District Court
Southern District Of Texas
FILED
APR -9 2019
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Joel Coto-Ortiz

**CRIMINAL COMPLAINT**

Case Number: M-19-0801-M

IAE   YOB: 1981
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 7, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Joel Coto-Ortiz was encountered by Border Patrol Agents near Hidalgo, Texas on April 7, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 7, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 28, 2019 through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 3, 2014, the defendant was convicted of Assault With a Deadly Weapon Serious Injury and sentenced to thirty-seven (37) to fifty-seven (57) months confinement.

Continued on the attached sheet and made a part of this complaint: [ ] Yes [X] No

Approved S Belt, AUSA
S Belt

Sworn to before me and subscribed in my presence,

April 9, 2019

Signature of Complainant
Maria Guerrero          Senior Patrol Agent

J. Scott Hacker          , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer